Exhibit 1



## INDEPENDENT CONTRACTOR AGREEMENT

**THIS INDEPENDENT CONTRACTOR AGREEMENT (the "Agreement") dated this 12 day of July, 2021**

**BETWEEN:**

Infinite Reality, LLC of 1119 N. Signal St., Ojai, CA 93023
(the "Client")

- AND -

BLISS PRODUCTIONS sp. z o.o., ul. Sw. Wojciecha 3/3A lok. 1, 10-038 Olsztyn, Poland
(the "Contractor")

**BACKGROUND:**

A. The Client is of the opinion that the Contractor has the necessary qualifications, experience and abilities to provide services to the Client.

B. The Contractor is agreeable to providing such services to the Client on the terms and conditions set out in this Agreement.

**IN CONSIDERATION OF** the matters described above and of the mutual benefits and obligations set forth in this Agreement, the receipt and sufficiency of which consideration is hereby acknowledged, the Client and the Contractor (individually the "Party" and collectively the "Parties" to this Agreement) agree as follows:

### Services Provided

1. The Client hereby agrees to engage the Contractor to provide the Client with the following services (the "Services"): Software development in Unreal Engine C++, Cloud computing development

2. The Services will also include any other tasks which the Parties may agree on. The Contractor hereby agrees to provide such Services to the Client.

### Term of Agreement

3. The term of this Agreement (the "Term") will begin on the date of this Agreement and will remain in full force and effect until the completion of the Services, subject to earlier termination as

provided in this Agreement. The Term of this Agreement may be extended with the written consent of the Parties.

4. In the event that either Party wishes to terminate this Agreement prior to the completion of the Services, that Party will be required to provide 10 days' written notice to the other Party.

### Performance

5. The Parties agree to do everything necessary to ensure that the terms of this Agreement take effect.

### Currency

6. Except as otherwise provided in this Agreement, all monetary amounts referred to in this Agreement are in USD (US Dollars).

### Compensation

7. The Contractor will charge the Client for the Services (the "Compensation") in accordance with the appendix to the Agreement.

8. Invoices submitted by the Contractor to the Client are due within 30 days of receipt.

9. In the event that this Agreement is terminated by the Client prior to completion of the Services but where the Services have been partially performed, the Contractor will be entitled to pro rata payment of the Compensation to the date of termination provided that there has been no breach of contract on the part of the Contractor.

10. The Contractor will not be reimbursed for any expenses incurred in connection with providing the Services of this Agreement.

### Confidentiality

11. Confidential information (the "Confidential Information") refers to any data or information relating to the Client, whether business or personal, which would reasonably be considered to be private or proprietary to the Client and that is not generally known and where the release of that Confidential Information could reasonably be expected to cause harm to the Client.

12. The Contractor agrees that they will not disclose, divulge, reveal, report or use, for any purpose, any confidential information which the Contractor has obtained, except as authorized by the Client or as required by law. The obligations of confidentiality will apply during the term of this Agreement and will survive indefinitely upon termination of this Agreement.



### Ownership of Intellectual Property

13. All intellectual property and related material, including any trade secrets, moral rights, goodwill, relevant registrations or applications for registration, and rights in any patent, copyright, trademark, trade dress, industrial design and trade name (the "Intellectual Property") that is developed or produced under this Agreement, is a "work made for hire" and will be the sole property of the Client. The use of the Intellectual Property by the Client will not be restricted in any manner.

14. The Contractor may not use the Intellectual Property for any purpose other than that contracted for in this Agreement except with the written consent of the Client. The Contractor will be responsible for any and all damages resulting from the unauthorized use of the Intellectual Property.

### Return of Property

15. Upon the expiry or termination of this Agreement, the Contractor will return to the Client any property, documentation, records, or Confidential Information which is the property of the Client.

### Capacity/Independent Contractor

16. In providing the Services under this Agreement it is expressly agreed that the Contractor is acting as an independent contractor and not as an employee. The Contractor and the Client acknowledge that this Agreement does not create a partnership or joint venture between them, and is exclusively a contract for service. The Client is not required to pay, or make any contributions to, any social security, local, state or federal tax, unemployment compensation, workers' compensation, insurance premium, profit-sharing, pension or any other employee benefit for the Contractor during the Term. The Contractor is responsible for paying, and complying with reporting requirements for, all local, state and federal taxes related to payments made to the Contractor under this Agreement.

### Notice

17.1. All notices, requests, demands or other communications required or permitted by the terms of this Agreement will be given in writing and delivered to the Parties at the following addresses:

   a. Infinite Reality, LLC
      1119 N. Signal St., Ojai, CA 93023

   b. BLISS PRODUCTIONS sp. z o.o.
      ul. Sw. Wojciecha 3/3A lok. 1, 10-038 Olsztyn
      Poland

or to such other address as either Party may from time to time notify the other, and will be deemed to be properly delivered (a) immediately upon being served personally, (b) two days after being deposited with the postal service if served by registered mail, or (c) the following day after being deposited with an overnight courier.

17.2. The person responsible and supervise the performance of the Agreement on the part of the Client is Hubert Krzysztofik (hubert@adastrastudios.com)

### Indemnification

18. Except to the extent paid in settlement from any applicable insurance policies, and to the extent permitted by applicable law, each Party agrees to indemnify and hold harmless the other Party, and its respective affiliates, officers, agents, employees, and permitted successors and assigns against any and all claims, losses, damages, liabilities, penalties, punitive damages, expenses, reasonable legal fees and costs of any kind or amount whatsoever, which result from or arise out of any significant act or significant omission of the indemnifying party, its respective affiliates, officers, agents, employees, and permitted successors and assigns that occurs in connection with this Agreement. This indemnification will survive the termination of this Agreement.

### Modification of Agreement

19. Any amendment or modification of this Agreement or additional obligation assumed by either Party in connection with this Agreement will only be binding if evidenced in writing signed by each Party or an authorized representative of each Party.

### Time of the Essence

20. Time is of the essence in this Agreement. No extension or variation of this Agreement will operate as a waiver of this provision.

### Assignment

21. The Contractor will not voluntarily, or by operation of law, assign or otherwise transfer its obligations under this Agreement without the prior written consent of the Client.

### Entire Agreement

22. It is agreed that there is no representation, warranty, collateral agreement or condition affecting this Agreement except as expressly provided in this Agreement.

### Enurement

23. This Agreement will enure to the benefit of and be binding on the Parties and their respective heirs, executors, administrators and permitted successors and assigns.

### Titles/Headings

24. Headings are inserted for the convenience of the Parties only and are not to be considered when interpreting this Agreement.

### Gender

25. Words in the singular mean and include the plural and vice versa. Words in the masculine mean and include the feminine and vice versa.

### Governing Law

26. This Agreement will be governed by and construed in accordance with the laws of the State of California.

### Severability

27. In the event that any of the provisions of this Agreement are held to be invalid or unenforceable in whole or in part, all other provisions will nevertheless continue to be valid and enforceable with the invalid or unenforceable parts severed from the remainder of this Agreement.

### Waiver

28. The waiver by either Party of a breach, default, delay or omission of any of the provisions of this Agreement by the other Party will not be construed as a waiver of any subsequent breach of the same or other provisions.

**IN WITNESS WHEREOF** the Parties have duly affixed their signatures under hand and seal on this 12 day of July, 2021.

Infinite Reality, LLC

Per: _____ (Seal)

BLISS PRODUCTIONS sp. z o.o.

_____(Contractor)

©2002-2018 LawDepot.com®

# APPENDIX (TIP 2021 Budget)

| Department | July 15th | August 1st | August 15th | September 1st | September 15th | | Description | |
|---|---|---|---|---|---|---|---|---|
| **Development Team:** | | | | | | | | |
| Senior Dev Producer | | 5 000,00 | 5 000,00 | 5 000,00 | 5 000,00 | $ | Additional Funds to bring Hubert on full time | $ 20 000,00 |
| Senior Dev Lead | | 7 500,00 | 7 500,00 | 7 500,00 | 7 500,00 | $ | Senior UE4/C++ Developer Lead - Poland | $ 30 000,00 |
| Assistant Development Producer | $ 6 000,00 | 5 000,00 | 5 000,00 | 5 000,00 | 5 000,00 | $ | Senior Game Producer - USA | $ 26 000,00 |
| QC Testing | $ 5 000,00 | 5 000,00 | 5 000,00 | 5 000,00 | 5 000,00 | $ | Experienced QC - Poland 1 Junior Game Developer - Croatia 1 | $ 25 000,00 |
| 3D Model Optimization | $ 2 500,00 | 2 500,00 | 2 500,00 | 7 500,00 | 7 500,00 | $ | Senior Tech Artists and 3D Modeler - Ukraine | $ 22 500,00 |
| Event Tech Support Team | | | | | | | | $ 10 000,00 |
| PA | | | | | | 10 000,00 $ | Additional UE4, AWS and Backend Support 24/7 5 Days - USA, | |
| UI Design | | 1 750,00 | 1 750,00 | 1 750,00 | 1 750,00 | $ | Computer Science Student | $ 7 000,00 |
| Admin Panel | $ 6 000,00 | 2 500,00 | 2 500,00 | 2 500,00 | 2 500,00 | $ | High End Graphic Design Company - Poland | $ 10 000,00 |
| Companion App/Mobile | $ 20 000,00 | 5 000,00 | 5 000,00 | 5 000,00 | 5 000,00 | $ | Senior Full Stack Developer - Croatia 1 Ukraine 1 | $ 26 000,00 |
| Dispatcher Back-End | $ 10 000,00 | 10 000,00 | 10 000,00 | 15 000,00 | 15 000,00 | $ | Established Game and Mobile Development Company - Poland | $ 70 000,00 |
| Dispatcher Front End | $ 5 000,00 | 7 500,00 | 7 500,00 | 7 500,00 | 7 500,00 | $ | Dispatcher and AWS Pixel Streaming - USA - Croatia (Darpa | $ 40 000,00 |
| | | 2 500,00 | 2 500,00 | 2 500,00 | 2 500,00 | $ | Dispatcher Frontend Panel - Croatia | $ 15 000,00 |
| **Dev Team Total:** | $ 54 500,00 | 54 250,00 | 54 250,00 | 64 250,00 | 64 250,00 | 10 000,00 $ | | $ 301 500,00 |

