Exhibit 3

# INFINITE REALITY CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT

RECIPIENT:   Adastra Studios Inc.
ADDRESS:     345 S. Doheny Dr. Suite 305
             Beverly Hills CA.90211

This is an Agreement made this __26__ day of __April__, 2022, between Infinite Reality, Inc. ("Infinite Reality") and __Adastra Studios Inc__ ("Recipient"). The terms "Infinite Reality" and "Recipient" include each Party's parents, subsidiaries and affiliates, if any (individually a "Party" and collectively the "Parties"). The rights and obligations of the Parties hereto therefore also shall inure to such parents, subsidiaries and affiliates and may be enforced directly by or against such parents, subsidiaries and affiliates.

WHEREAS, the Parties certain confidential and proprietary information and material with respect to their business (and otherwise), which information and material it considers to be a valuable asset, and which it desires to disclose in confidence to Recipient and/or its directors, officers, employees, agents or advisors (collectively, "Representatives") in connection with a potential agreement or collaboration between Recipient and Infinite Reality; and

WHEREAS, the Parties, as consideration for the promises contained herein, desires to receive and desires to have the other Party disclose in confidence to it and its Representatives certain such proprietary and confidential information and material concerning the other Party's business.

NOW, THEREFORE, in consideration of the mutual promises and covenants herein, the Parties agree as follows:

1.  <u>Confidential and Proprietary Information</u>. In order to have a discussion regarding current and potential business arrangements between Infinite Reality and Recipient, the Parties will disclose to each other and their Representatives in confidence certain confidential and proprietary information and material, which may include, without limitation, drawings, designs, sketches, blueprints, technical specifications, engineering calculations, models, formulas, software, codes, data, reports, strategies, prototypes, interpretations, forecasts, records and other confidential information concerning the other Party's business (the "Information").

2.  <u>Confidentiality</u>. The Parties agree that the Information provided to the other Party and its Representatives, whether in written, oral, encoded, graphic, magnetic, electronic or in any other tangible or intangible form, and whether or not labeled as confidential or otherwise provided hereunder, shall be received and maintained in confidence by the Other Party and its Representatives. The Parties further agree that, except as allowed explicitly in Paragraph 3 of this Agreement neither Party nor its Representatives shall use (for its own benefit or the benefit of any third Party), disclose, reproduce, dispose, transfer or otherwise make available to any third Party any of such Information in any manner without the other Party's prior written consent.

3.  <u>Use of Information</u>. The Parties agree that it and its Representatives will use the Information solely for the purpose of evaluating current and potential business arrangements between Infinite Reality and Recipient and in connection with such current or future business arrangements, if any. The Parties agree to restrict disclosure of the Information solely to its Representatives who have a need to know such Information and who have been provided with a copy of this Agreement and have agreed to be bound by the same terms as those in this Agreement to the same extent as if they were parties hereto. Further, Recipient shall not disclose the Information to third Parties, including independent contractors or consultants, without the prior written consent of Infinite Reality and the requirement that such third Parties agree to the same obligations

1

of confidentiality and non-disclosure as required under this Agreement. Recipient agrees to use reasonable means, not less than those used to protect its own confidential and proprietary information, to safeguard the Information. Recipient agrees that neither it nor any of its Representatives will interfere with any business of Infinite Reality through the use of any Information acquired hereunder or use any Information for its own account. In the event that Recipient shall at any time create, discover, conceive, make, invent or reduce to practice any invention, modification, discovery, design, development, process or intellectual property right whatsoever or any interest therein (whether or not patentable or registrable under copyright or trademark statutes) (collectively, "Developments") that relates to the other Party's business and directly or indirectly results from exposure to the Information, then all such Developments and the benefits thereof are and shall immediately become the sole and absolute property of Infinite Reality whether as works for hire or otherwise. Recipient further agrees to assign any and all rights to any Developments and all benefits resulting therefrom to Infinite Reality without further consideration and to notify Infinite Reality, without disclosing the same to others, of all information related to such Developments. Recipient agrees to sign, and require Recipient's employees to sign, all assignments and other papers necessary to vest the entire right, title and interest in such Developments in Infinite Reality, and do all lawful acts and sign all assignments and other papers Infinite Reality may reasonably request relating to the Developments. If Infinite Reality is unable after reasonable effort to secure Recipient's signature on any application for patent or other documents regarding legal protection related to a Development, for any reason whatsoever, the recipient hereby appoints Infinite Reality as its duly authorized agent and attorney-in-fact to execute and file any such documents. If Recipient includes or incorporates any of its background intellectual property in the Developments, then to ensure that Infinite Reality can fully exercise its rights in the Developments, Recipient hereby grants and shall grant to Infinite Reality a worldwide, perpetual, irrevocable, and royalty-free, non-exclusive license in that background intellectual property for the limited and sole purpose of allowing Infinite Reality to exercise its rights in the Developments. Recipient acknowledges that Infinite Reality is neither responsible nor liable for any business decisions made by Recipient or its Representatives in reliance upon any Information disclosed pursuant hereto.

4. <u>Injunctive Relief</u>. Recipient and its Representatives recognize that its disclosure of Information will give rise to irreparable injury to the other Party, inadequately compensable in damages, and that, accordingly, either Party may seek and obtain injunctive and other equitable relief for breach of this Agreement, in addition to any other legal remedies which may be available. The successful in any action, equitable or otherwise, to enforce this Agreement, shall be entitled to recover costs and attorney's fees from the other Party.

5. <u>Ownership of the Information</u>. The disclosing Party retains title to its Information and all copies thereof. No right, license or ownership interest of any kind, express or implied, is granted by the disclosing Party to the other Party in the Information. Each Party represents that it has no agreement with any other Party that would preclude its compliance with this Agreement and will ensure that all Representatives to whom it provides Information have no agreements that would preclude their compliance with this Agreement. The Parties agree not to transfer, reverse engineer or reproduce the Information or prepare any derivative works with respect to the Information.

6. <u>No Obligation of Confidentiality</u>. The obligation of confidentiality shall not apply with respect to any particular portion of the Information if: (i) it is in or enters the public domain without a breach by a Party or its Representatives of this Agreement; (ii) it was in possession, free of any obligation of confidentiality, at the time of communication thereof to the other Party; (iii) it was communicated by a third Party free of any obligation of confidentiality subsequent to the time of communication thereof to the other Party; or (iv) it was developed independently without use of or reference to the Information and without breach of this Agreement.

7. <u>Required Disclosure</u>. If either Party is ordered by a court or governmental entity to disclose any or all of the Information, the Recipient shall: (i) promptly notify the other Party of the existence of the order; (ii) consult with Infinite Reality on the advisability of taking steps to resist or narrow the order; (iii) cooperate

with the other Party in any reasonable and lawful effort undertaken to obtain any such relief and to ensure the continued confidential treatment of the Information disclosed; and (iv) furnish only such portions of the Information as is legally required to disclose, unless the disclosing Party expressly authorizes broader disclosure.

8. <u>Return of Information</u>. Upon expiration or earlier termination of this Agreement, or earlier if requested, the receiving Party will promptly deliver to the other all tangible copies of the Information, including but not limited to magnetic or electronic media containing the Information, compact discs, spreadsheets, note(s) and paper(s) in whatever form containing the Information or parts thereof, and any other copies of the Information in whatever form, which are in possession of such Party. Either Party, at their sole option, may request in writing that the other Party destroy all such copies of the Information. If a request is made that Information disclosed by either Party be destroyed, the Information will be destroyed within five (5) days of the notice and will certify in writing that the Information has been completely destroyed.

9. <u>Survival</u>. The duty to be bound by their obligation of confidentiality under this Agreement regarding the Information shall survive the termination of this Agreement, notwithstanding any return or destruction of the Information.

10. <u>General</u>.

    A. This Agreement is not assignable by either Party. Any attempt by either Party to assign any of the obligations of this Agreement is void. This Agreement can only be modified by a written agreement signed by Infinite Reality and Recipient. The headings in this Agreement shall not be used to interpret conditions of this Agreement.

    B. If any provision(s) of this Agreement shall be held invalid, illegal or unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby. Further, in the event that any of the provision(s) of this Agreement should ever be deemed to exceed the time or geographic limitations permitted by applicable law, then such provision(s) shall be deemed reformed herein to the maximum time or geographic limitations permitted by the applicable law.

    C. This Agreement shall be governed by and construed in accordance with the domestic laws of the State of California, without giving effect to any choice of law or conflict of law provision or rule (whether of the State of California or any other jurisdiction) that would cause the application of the laws of any jurisdiction other than the State of California. Each Party hereto agrees to submit to the jurisdiction of the state and federal courts of Los Angeles County, State of California, in any action or proceeding arising out of or relating to this Agreement.

    D. This Agreement is the complete and exclusive statement between Infinite Reality and Recipient regarding the subject matter hereof, which supersedes all proposals or prior agreements, oral or written, and all other communications between Infinite Reality and Recipient relating to the subject matter of this Agreement. No third Party has any rights under this Agreement. This Agreement may be executed in separate counterparts, each of which shall be an original, but all of which taken together shall constitute one and the same instrument. No representations or warranties are being made hereby as to the completeness, reliability or accuracy of any Information, which is provided "as-is," without warranties of any kind. Through the receipt and use of the Information furnished pursuant to this Agreement, the Recipient accepts and ratifies this Agreement in its entirety, notwithstanding any defects in the execution thereof.

    E. Recipient acquires no intellectual property rights from Infinite Reality under this Agreement. Nothing in this Agreement will be construed as granting any rights to the Recipient or its Representatives, by license, copyright, trademark, patent or otherwise, to any of the Information, except the limited right to use the Information described in paragraph 3, above. Infinite Reality

3

shall not be obligated to enter into any transaction with Recipient for any matter relating to the other Party's business by virtue of this Agreement.

F. Each Party understands and acknowledges that the Information may be subject to the export regulations of various governments, including but not limited to the United States Government, relating to the export of technical data. Each Party further acknowledges and agrees that it shall comply with the International Emergency Economic Powers Act (IEEPA), as amended (50 U.S.C. 1701 et. seq.), and the U.S. Export Administration Regulations, as amended (15 CFR, Chapter VII, Subchapter C), including without limitation all applicable United States embargoes and sanctions relating to the Information, if any.

G. An individual shall not be held criminally or civilly liable under any federal or state trade secret law for the disclosure of a trade secret that is made in confidence to a federal, state, or local government official or to an attorney solely for the purpose of reporting or investigating a suspected violation of law. An individual shall not be held criminally or civilly liable under any federal or state trade secret law for the disclosure of a trade secret that is made in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal. An individual who files a lawsuit for retaliation by an employer for reporting a suspected violation of law may disclose the trade secret to the attorney of the individual and may use the trade secret information in the court proceeding, if the individual files any document containing the trade secret under seal and does not disclose the trade secret, except pursuant to court order.

IN WITNESS WHEREOF, the Parties intending to be legally bound hereby have hereunto set their signatures on the date first above written.

By: *Hubert Krzysztofik*
(Signature)
Print Name: **Hubert Krzysztofik**

Title: **President**

**INFINITE REALITY, INC.**

By: _____
(Signature)
Print Name: Helix Wolfson

Title: President of Metaverse

4