NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Peter E. Garrell (SBN 155177)
pgarrell@gckllp.com
Andrew J. Garofalo (SBN 266545)
agarofalo@gckllp.com
GARRELL COHON KENNEDY LLP
550 S. Hope Street, Suite 460
Los Angeles, California 90071
Telephone: (213) 647-0730

ATTORNEY(S) FOR: Defendants Infinite Reality, Inc., et al.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLISS PRODUCTIONS; HUBERT A.KRZYSZTOFIK dba ADASTRA STUDIOS<br><br>Plaintiff(s),<br><br>v.<br><br>INFINITE REALITY, INC.; and INFINITE METAVERSE, INC.,<br><br>Defendant(s) | CASE NUMBER:<br>2:23-cv-10407-JLS (MARx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___INFINITE REALITY, INC. and INFINITE METAVERSE, INC.___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|

There are no parties that may have a pecuniary interest in the outcome of this case required to be disclosed under Local Rule 7.1-1.

Defendant Infinite Metaverse, Inc. is a wholly owned subsidiary of Defendant Infinite Reality, Inc.

February 2, 2024
Date

_____
Signature

Attorney of record for (or name of party appearing in pro per):

Infinite Reality, Inc.; and Infinite Metaverse, Inc.