Name, Address and Telephone Number of Attorney(s):

Alan G. Dowling, Esq. (Cal. SB# 70686)
LAW OFFICES OFD ALAN G. DOWLING
1043 Pacific St., No. 1
Santa Monica, CA 90405
Tele 818 679 6395   Email agdowling@aol.com

CLEAR FORM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| BLISS PRODUCTIONS, INC., et al.,<br><br>                           Plaintiff(s)<br>                  v.<br><br>INFINITE REALITY, INC., et al.,<br><br>                           Defendant(s). | 2:23-cv-10407-JLS-MAR<br><br>**MEDIATION REPORT** |

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): August 5, 2024.

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by L.R. 16-15.5(b).

   ☐ Did not appear as required by L.R. 16-15.5(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.
   ☐ Defendant or defendant's representative failed to appear.
   ☐ Other:

3. Did the case settle?

   ☑ Yes, fully, on August 8, 2024 (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: August 9, 2024

Signature of Mediator
ALAN G. DOWLING
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*